HUNT BUILDING COMPANY, LTD., Appellant,

v.

Donald C. WINTER, Secretary of the Navy, Appellee.

No. 2006–1125.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

Rehearing Denied Jan. 8, 2007.

Before BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### Judgment

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36